1  **Joseph Bakhos Esq,**
   **State Bar Number: 327036**
2  17221 E. 17th St., Ste #F
3  Santa Ana, CA 92705
   Telephone: [714]-617-5868
4  Email Address: jbakhoslaw@yahoo.com
   **Attorney for plaintiff**
5

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL HARRISON, | **Case No.:** 8:23-cv-01179-FWS-RAO |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| SANTA MONICA KOSHER MARKET, a business entity; KITOV, INC., a corporation; COLBY SPRINGS, LLC, a California limited liability company, | |
| Defendants | |

**TO ALL PARTIES IN INTEREST:**

   **THIS NOTICE IS HEREBY GIVEN** that Plaintiff, MICHAEL HARRISON, has reached a full and comprehensive settlement of this civil action with mutual general releases with regard to defendants SANTA MONICA KOSHER MARKET, a business entity; KITOV, INC., a corporation; COLBY SPRINGS, LLC, a California limited liability company,

//
//
//
//
//
//

1

**NOTICE OF SETTLEMENT**

The parties are awaiting final execution and performance of the settlement.

DATED: 1/26/2024

_____
Joseph Bakhos, Esq.
Attorney for Plaintiff

2

**NOTICE OF SETTLEMENT**